AO 450 (Rev. 5/85) Judgment in a Civil Case

FILED

# United States District Court

JUN 7 1994

FOR THE _____ DISTRICT OF _____ KANSAS

RALPH L. DeLOACH, Clerk



MARK S. GIETZEN and DIANA LEA CONNER,
                    Plaintiffs,
vs.

MILDRED McMILLON; KATHLEEN WHITE;
PAUL D. ADAMS, M.D.; CONNIE HUBBELL;
I.B. "SONNY" RUNDELL; W.W. "BILL" MUSICK;
WANDA MORRISON; MICHAEL D. GRAGERT;
MANDY SPECHT; ELIZABETH BAKER, acting
in their official capacities as members
of the Kansas State Board of Education, and
LEE DROEGEMUELLER, acting in his
official capacity as the Commissioner
of Education for the State of Kansas,
                    Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:    93-4195-SAC

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came ~~to trial or hearing~~ before the Court. ~~The issues have been tried or heard~~ and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED**   that the plaintiffs' motion for summary judgment

is denied.

   IT IS FURTHER ORDERED that the defendants' motion for summary judgment is granted.

   IT IS FURTHER ORDERED that the plaintiffs take nothing, that the action be dis-

missed on the merits and that the defendants Mildred McMillon, Kathleen White, Paul D.

Adams, M.D., Connie Hubbell, I.B. "Sonny" Rundell, W.W. "Bill" Musick, Wanda Morrison,

Michael D. Gragert, Mandy Specht, Elizabeth Baker, acting in their official capacities

as members of the Kansas State Board of Education, and Lee Droegemueller, acting in

his official capacity as the Commissioner of Education for the State of Kansas,

recover the plaintiffs Mark S. Gietzen and Diana Lea Conner their costs of action.


ENTERED ON THE DOCKET:    6/7/94


June 7, 1994                              RALPH L. DeLOACH
Date                                      Clerk

                                          _____
                                          (By) Deputy Clerk

14